IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VPROSEJD CC, *a/k/a* Vethapriya Chellappa Chandrasekaran,

                    Plaintiff,                    OPINION and ORDER

   v.                                                24-cv-603-wmc

U.S.A., *et al.*,

                    Defendants.

---

      Plaintiff Vethapriya Chellappa Chandrasekaran, who is representing himself, has filed a proposed lawsuit against the United States as well as several other government officials and other organizations, seeking a court order requiring the United States and other defendants to pay him between a million and a trillion dollars.

      The court has allowed plaintiff to proceed without prepayment of any portion of the filing fee.  The next step is for the court to screen plaintiff's complaint and dismiss any portion that is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or asks for money damages from a defendant who by law cannot be sued for money damages.  28 U.S.C. § 1915.  In doing so, the court must accept her allegations as true and construe the complaint generously, holding it to a less stringent standard than formal pleadings drafted by lawyers.  *Arnett v. Webster*, 658 F.3d 742, 751 (7th Cir. 2011).  But plaintiff must still allege enough facts to show that he is plausibly entitled to relief, *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 557 (2007), and he has failed to do so.

      Although plaintiff invokes this court's jurisdiction, he has failed to identify any legal basis for his monetary demands against the United States or any other defendant.  He contends that he should be given money because he is unemployed, homeless, disabled and worked on

a volunteer project for which he was not paid. But none of these allegations suggest that any defendant violated plaintiff's federally-protected rights, such that he could seek redress against them in court. Rather, plaintiff's requests for an extraordinary amount of money are frivolous. Because this complaint is frivolous and it is clear that any amendment would be futile, this dismissal is with prejudice.

ORDER

IT IS ORDERED that plaintiff's complaint is DISMISSED with prejudice. The clerk of court is directed to enter judgment and close this case.

Entered this 16th day of September, 2024.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge